## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 14th day of December, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Gary E. Hickman, Esquire
1800 West Katella Avenue, Suite 101
Orange, CA 92867-3449

_____
Mary E. Augustine (No. 4477)

610111v1

3